Certificate Number: 15317-TXW-CC-015206415



15317-TXW-CC-015206415

# CERTIFICATE OF COUNSELING

I CERTIFY that on June 19, 2011, at 1:31 o'clock PM PDT, Daniel S Ross received from Access Counseling, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the Western District of Texas, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan was not prepared. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date: June 19, 2011          By: /s/Eunice Kristine Francia

                             Name: Eunice Kristine Francia

                             Title: Counselor

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. See U.S.C. §§ 109(h) and 521(b).