Certificate Number: 15317-TXW-CC-015206416



15317-TXW-CC-015206416

# CERTIFICATE OF COUNSELING

I CERTIFY that on <u>June 19, 2011</u>, at <u>1:31</u> o'clock <u>PM PDT</u>, <u>Elizabeth Ross</u> received from <u>Access Counseling</u>, an agency approved pursuant to 11 U.S.C. § 111 to provide credit counseling in the <u>Western District of Texas</u>, an individual [or group] briefing that complied with the provisions of 11 U.S.C. §§ 109(h) and 111.

A debt repayment plan <u>was not prepared</u>. If a debt prepayment plan was prepared, a copy of the debt prepayment plan is attached to this certificate.

This counseling session was conducted <u>by internet</u>.

Date: <u>June 19, 2011</u>    By: <u>/s/Eunice Kristine Francia</u>

Name: <u>Eunice Kristine Francia</u>

Title: <u>Counselor</u>

\* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* U.S.C. §§ 109(h) and 521(b).