Certificate Number: 14912-TXW-DE-017029498

Bankruptcy Case Number: 11-13060



14912-TXW-DE-017029498

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 8, 2012, at 4:39 o'clock PM EST, Daniel Ross completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Texas.

Date: January 8, 2012        By: /s/Jai D Bhatt

                             Name: Jai D Bhatt

                             Title: Owner